# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN YARRELL, A/K/A MARVIN JOHNSON,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 74980

FILED

MAR 06 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court decision denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents filed in this court do not indicate that a motion to modify sentence was filed in district court case number C299225, the case number designated in the notice of appeal. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____ J.
Gibbons

_____Hardesty_____, J.
Hardesty

cc: Hon. Kenneth C. Cory, District Judge
Marvin Yarrell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-08856